FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA O.,[1]<br><br>            Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>            Defendant. | No.   2:24-cv-00404-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties also agree that Plaintiff is entitled to reasonable attorney fees

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 13**, is **GRANTED.**

2. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to: reevaluate step two and whether Plaintiff had any severe mental impairments; reevaluate the State agency psychological consultants' prior administrative findings that Plaintiff's mental impairment were severe; continue the sequential evaluation, including reevaluating the residual functional capacity finding and obtaining vocational expert testimony, as necessary; and offer Plaintiff the opportunity to submit additional evidence and another hearing, take further action to complete the

administrative record resolving the above issues, offer a hearing, and issue a new decision.

3. The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF No. 8**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 11th day of April 2025.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge