AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2025

SEAN F. MCAVOY, CLERK

LISA O., )
    *Plaintiff* )
v. ) Civil Action No. 2:24-cv-00404-EFS
)
LELAND DUDEK, )
Acting Commissioner of Social Security, )
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____ .

☑ **other**: The parties' Stipulated Motion for Remand, ECF No. 13, is GRANTED.
REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea

Date: April 11, 2025

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
    *(By) Deputy Clerk*
Sara Gore